IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TELECOMM INNOVATIONS, LLC,

*Plaintiff*

v.

TOSHIBA CORPORATION, TOSHIBA
AMERICA, INC., and TOSHIBA
AMERICA BUSINESS SOLUTIONS,
INC.

*Defendants.*

Civil Action No. 12-1280-SLR

JURY TRIAL DEMANDED

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED. subject to the approval and order of the Court, that all claims between plaintiff Telecomm Innovations, LLC and defendants Toshiba Corporation, Toshiba America, Inc. and Toshiba America Business Solutions, Inc. in the above action are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees.

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

FARNEY DANIELS PC
Tim Devlin (#4241)
1220 N. Market Street, Ste. 850
Wilmington, DE 19801
(302) 300-4626
TDevlin@farneydaniels.com

*Attorneys for Telecomm Innovations, LLC*

ASHBY & GEDDES

*/s/ Tiffany Lydon*
Steven J. Balick (#2114)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ ashby-geddes.com
amayo@ ashby-geddes.com

*Attorneys for Toshiba Corporation, Toshiba America, Inc., and Toshiba America Business Solutions, Inc.*

SO ORDERED, this _____ day of _____, 2013.

_____
United States District Judge